# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALEXANDER BEDNAR, et al., ) ) ) Plaintiffs, ) ) v. ) ) PAUL HESSE, et al., ) ) ) Defendants. ) ) ) ) ) ) ) | Case No. CIV-19-224-G |

ENTER ORDER:

Case transferred to **Timothy D. DeGiusti**. HEREAFTER, PLEASE REFER TO CASE AS CIV-19-224-D.

Please note that for future filings in this case, the letter at the end of the number should now be a(n) "**D**" rather than a(n) "**G**." This is important to insure the prompt distribution of pleadings to the proper judge.

By direction of District Judge **Charles B. Goodwin**, we have entered the above enter order.

                                             CARMELITA REEDER SHINN, CLERK OF COURT

                                             By    /s/Jacob Buckle
                                                                 DEPUTY CLERK